THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br><br>       Plaintiff,<br><br>   v.<br><br>WARREN KLINT,<br><br>       Defendant. | CASE NO. C16-1440-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 16). The Court, having reviewed defendant's motion to proceed *in forma pauperis* ("IFP") on appeal (Dkt. No. 14), the Report and Recommendation of Judge Tsuchida and the lack of objections thereto, and the remaining record, does hereby find and order:

1. The Court ADOPTS the Report and Recommendation.

2. Defendant's motion to proceed IFP on appeal (Dkt. No. 14) is DENIED. The Court certifies that Defendant's appeal is not taken in good faith.

3. The Clerk is respectfully directed to send a copy of this Order to the parties.

4. This case is now closed.

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 1

1     DATED this 15th day of December 2016.

 

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE